1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

8 DOUBLE E. FAMILY LLC, a Nevada )         2:09-CV-02116-PMP-LRL
  limited liability company,      )
9                                 )
                                  )
                                  )         **ORDER**
10         Plaintiff,             )
                                  )
11 vs.                            )
                                  )
12 FEDERAL DEPOSIT INSURANCE      )
   CORPORATION, as Receiver for   )
13 FIRST NATIONAL BANK OF         )
   NEVADA, SUCCESSOR-IN-          )
14 INTEREST TO FIRST NATIONAL     )
   BANK OF ARIZONA,               )
15                                )
                                  )
16         Defendants.            )
                                  )

17

18         The Court having read and considered the arguments presented regarding

19 Double E. Family LLC's Response to Order (Doc. #12) and Request for Stay

20 (Doc. #15), and good cause appearing,

21         **IT IS ORDERED that** although the Court will not dismiss this action for

22 failure to prosecute, the parties will be Ordered to forthwith proceed with litigation of

23 this action.

24         **IT IS FURTHER ORDERED that** Plaintiff's Request for Stay

25 (Doc. #15) is **DENIED**.

26 / / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED that** the parties shall forthwith meet and confer, and shall not later than September 29, 2011 file a Joint Discovery Plan and Scheduling Order to enable this case to proceed.

DATED:  August 11, 2011.

_____
PHILIP M. PRO
United States District Judge